[No. 46354-7-II.   Division Two.   October 27, 2015.]

THE CITY OF LAKEWOOD, *Respondent*, v. NATHAN M. SAVAGE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-03526-1, Vicki L. Hogan, J., entered May 2, 2014. *Reversed* and *remanded* by unpublished opinion per Worswick, J., concurred in by Maxa and Melnick, JJ.

[No. 46385-7-II.   Division Two.   October 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JARED YOUNG SCHAUBLE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-02760-9, Garold E. Johnson, J., entered June 13, 2014. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa and Sutton, JJ.

[No. 46452-7-II.   Division Two.   October 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY DOMERTIOUS AMES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-00127-6, Garold E. Johnson, J., entered June 27, 2014. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Lee, JJ.

[No. 30916-9-III.   Division Three.   October 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LUCKY JOE GUZMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-1-01928-7, Jerome J. Leveque, J., entered May 25, 2012. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Fearing, J.